1  STUART HANLON, CSBN: 66104
   SARA RIEF, CSBN: 227279
2  Law Office of Hanlon & Rief
   179 11th Street, 2nd Floor
3  San Francisco, CA 94103

4  Attorney for Defendant
   JAMAR BABERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 014-386 VC |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS** |
| | ) | **HEARING** |
| | ) | |
| JAMAR BABERS, | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled status conference hearing for September 22, 2014 at 2:00 p.m. be continued to October 6th, 2014 at 2:00 p.m.

Counsel for Mr. Babers has been diligently trying to obtain sets of medical records and has requested assistance from the Government to obtain additional records from the halfway house. Parties are requesting the additional time to obtain and review said records as well as meet and confer on the issues.

Time shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) for the necessary for the effective preparation of defense counsel taking into account the exercise of due diligence and for continuity of counsel.

1

Dated: September 19, 2014

/s/
SARA RIEF
Attorney for Defendant
JAMAR BABERS

Dated: September 19, 2014

/s/
WILSON LEUNG
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: September 19, 2014

Hon. Judge Vince Chhabria
United States District Judge