1  STUART HANLON, CSBN: 66104
   SARA RIEF, CSBN: 227279
2  Law Office of Hanlon & Rief
   179 11th Street, 2nd Floor
3  San Francisco, CA 94103

4  Attorney for Defendant
   JAMAR BABERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 014-386 WHA |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) | **ORDER TO CONTINUE STATUS** ) |
| | | **HEARING** |
| | ) | |
| | ) | |
| JAMAR BABERS, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled status conference hearing for December 2nd, 2014 at 2:00 p.m. be continued to December 9th, 2014 at 2:00 p.m.

This Court requested this case be transferred and set a hearing on December 2nd, 2014. Counsel for the defendant is unavailable that day due to a court hearing out of the county. Counsel is requesting the next available court date of December 9th, 2014

Dated: December 1, 2014            /s/
                                   SARA RIEF
                                   Attorney for Defendant
                                   JAMAR BABERS

Dated: December 1, 2014            /s/
                                   WILSON LEUNG
                                   Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: December 1, 2014.

_____
Hon. Judge William ~~H.~~ Alsup
United States District Judge