```
 1  STUART HANLON, CSBN: 66104
    SARA RIEF, CSBN: 227279
 2  Law Office of Hanlon & Rief
    179 11th Street, 2nd Floor
 3  San Francisco, CA 94103

 4  Attorney for Defendant
    JAMAR BABERS
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 014-386 WHA |
| | ) | **STIPULATION AND** ~~PROPOSED~~ |
| | ) | **ORDER TO CONTINUE STATUS** |
| | ) | **HEARING** |
| JAMAR BABERS, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled status conference hearing for December 30th, 2014 at 2:00 p.m. be continued to January 20th, 2015 at 2:00 p.m.

The Government has provided a proposed plea agreement to defense counsel and counsel is requesting time to review the plea agreement and discuss the options with Mr. Babers. Further, government counsel is out of the office due to an illness.

Both parties are requesting that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) for the necessary for the effective preparation of defense counsel taking into account the exercise of due diligence and for continuity of counsel.

Dated: December 29, 2014        /s/
                                SARA RIEF
                                Attorney for Defendant
                                JAMAR BABERS

Dated: December 29, 2014        /s/
                                WILSON LEUNG
                                Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: December 29, 2014.
                                Hon. Judge William H. Alsup
                                United States District Judge