STUART HANLON, CSBN: 66104
SARA RIEF, CSBN: 227279
Law Office of Hanlon & Rief
179 11th Street, 2nd Floor
San Francisco, CA 94103

Attorney for Defendant
JAMAR BABERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br><br><br><br><br>JAMAR BABERS,<br>        Defendant.<br><br>_____ | No. CR 014-386 WHA<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE STATUS HEARING** |

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled status conference hearing for April 7th, 2015 at 2:00 p.m. be continued to May 19, 2014 at 2:00 p.m. A necessary witness for Mr. Babers has been hospitalized with serious injuries. This witness was to provide defense counsel a declaration and be present for sentencing based on her knowledge of the events that led to this case.

Counsel is requesting a continuance of the sentencing date so that the declaration can be obtained and the witness can be present at the sentencing hearing.

Dated: March 25th, 2015                           /s/
                                                                SARA RIEF
                                                                Attorney for Defendant
                                                                JAMAR BABERS

Dated: March 25th, 2015                           /s/
                                                                WILSON LEUNG
                                                                Assistant United States Attorney

1
2   **IT IS SO ORDERED.**
3   Dated: March 27, 2015.

_____
Hon. Judge William H. Alsup
United States District Judge